**Fill in this information to identify the case:**

Debtor 1        Patrick J Phillips _____

Debtor 2        _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  1928514 _____

## Official Form 410S1

# Notice of Mortgage Payment Change                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**                              **Court claim no.** (if known): 8 _____
Wells Fargo Bank, N.A.

**Date of payment change:**
Must be at least 21 days after date        02/01/2021 ____
of this notice

**New total payment:**
Principal, interest, and escrow, if any    $ 1245.32 _____

**Last 4 digits** of any number you use to
identify the debtor's account:          3   5   8   5

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____      New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:
   Payment change resulting from a discontinuance of Mortgage Insurance Premium

   Current mortgage payment: $ 1307.56 _____      New mortgage payment: $ 1245.32 _____

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/Angela M. Mills-Fowler                    Date   01/26/2021
    Signature

Print: FOWLER,ANGELA M. MILLS                    VP Loan Documentation
    First Name    Middle Name    Last Name             Title

Company   Wells Fargo Bank, N.A.

Address   MAC N9286-01Y
    Number                Street

    1000 Blue Gentian Road
    Address 2

    Eagan                              MN        55121-7700
    City                               State      ZIP Code

Contact phone   800-274-7025                    NoticeOfPaymentChangeInquiries@wellsfargo.com
                                 Email

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Chapter  13  No. 1928514
Judge:  LaShonda A Hunt

In re:

Patrick J Phillips

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 27, 2021 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Patrick J Phillips
1158 Park Blvd

Morris IL 60450

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:

By Court's CM/ECF system registered email address

James M Durkee

Malmquist, Geiger and Durkee, LLC
415 Liberty St.

Morris IL 60450

By Court's CM/ECF system registered email address

N/A

Trustee:

By Court's CM/ECF system registered email address

Glenn B Stearns

801 Warrenville Road Suite 650

Lisle IL 60532

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.